RECEIVED

DEC 0 9 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| TAMERA L. PARNELL | CIVIL ACTION NO. 07-1901 |
| VERSUS | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HILL |

### ORDER

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and that benefits are awarded consistent with an onset date of February 11, 2005.

**THUS DONE AND SIGNED** this 9th day of December, 2008 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge

COPY SENT:
DATE: 12/9/08
BY: AS
TO: PG